# CERTIFICATE OF SERVICE

I, _____Paul M. Bach_____, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered
__07/28/2008__ by:
(date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**SEE ATTACHED SERVICE LIST**

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__07/28/2008__                                              _[Signature]_
Date                                                              Signature

| Print Name |
|---|
| Paul M. Bach |
| Business Address |
| 1955 Shermer Road Suite 150 |
| City | State | Zip |
| Northbrook, IL 60062 | | |

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

MARIANNE SATINSKY

Bankruptcy Case No. **08-17003**

Debtor

MARIANNE SATINSKY

Adversary Proceeding No. **08-00609**

Plaintiff

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR IRWIN UNION BANK AND TRUST COMPANY
IRWIN UNION BANK AND TRUST COMPANY ET. AL.

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

| Name and Address of Plaintiff's Attorney |
|---|
| **Paul M Bach**<br>**1955 Shermer Road**<br>**Suite 150**<br>**Northbrook, IL 60062** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Park City Branch Court**<br>**301 Greenleaf Avenue Courtroom B**<br>**Park City IL 60085-5725** | Status Hearing Date and Time<br>**09/12/2008 at 10:30AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth S. Gardner, Clerk Of Court



**Continued Caption:**

Listing Of Defendant Names:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR IRWIN UNION BANK AND TRUST COMPANY

IRWIN UNION BANK AND TRUST COMPANY

IRWIN HOME EQUITY CORPORATION

SERVICE LIST

MariAnne Satinsky
1330 Hickory Street
Waukegan, IL 60085

Glenn B. Stearns
4343 Commerce Court Suite 120
Lisle Illinois 60532

Mortgage Electronic Registration Systems, Inc.
as Nominee for Irwin Union Bank and Trust Company
C/O Registered Agent CT Corporation Systems
208 S. LaSalle Street Suite 814
Chicago, IL 60604

Irwin Home Equity Corporation
C/O Registered Agent CT Corporation Systems
208 S. LaSalle Street Suite 814
Chicago, IL 60604

Irwin Home Equity Corporation
C/O Elena Delgado, President
12677 Alcosta Blvd Suite 500
San Ramon CA 94583

Irwin Home Equity Corporation
C/O Matthew F. Souza
500 Washington Street 3rd Floor
Columbus, IN 74201

Irwin Union Bank and Trust Company
500 Washington St
Columbus, IN 47201